UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Billie Joe Wilson,

Plaintiff,

vs. SETTLEMENT CONFERENCE ORDER

United States of America,

Defendant. Civ. No. 00-2637(PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 31st day of October, 2001.

* * *

The Settlement Conference in the above-entitled matter is set for **Friday, November 16, 2001, at 1:30 o'clock p.m.,** before Magistrate Judge Raymond L. Erickson, in Court Room No. 3, United States Courthouse, 515 W. First Street, Duluth, Minnesota, according to the following terms:

1. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

2. At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative aids as desired, of the factual and legal grounds upon which their respective client is entitled to a Jury Verdict and to the entry of

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation. **Counsel, the parties, and their representatives, should be prepared to expend the remainder of the day in the conduct of the Settlement Conference.**

3. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a continuance of the Conference will only be granted for good cause shown upon **formal Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

4. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

5. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE