# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Billy Joe Wilson,

v.

United States of America,

**STATUS CONFERENCE**

**Case Number Civil 00-2637 PAM**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #1 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Monday, April 15, 2002 @ 10:00 A.M., for a Status Conference.**

Dated: April 8, 2002

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Edward Zimmerman
Patricia Cangemi

APR 09 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK