# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Billy Joe Wilson,

v.

United States of America,

**AMENDED**
**STATUS CONFERENCE**

**Case Number Civil 00-2637 PAM**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #1 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Monday, April 22, 2002 @ 10:30 A.M., for a Status Conference.**

Dated: April 12, 2002

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Edward Zimmerman
Patricia Cangemi

APR 12 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______